**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

MARVA R. BELL,

      Plaintiff,

      v.

COLEMAN YOUNGER,

      Defendant.

Case No. 26-4007-HLT-BGS

**MEMORANDUM & ORDER ON**
**<u>MOTION TO APPOINT COUNSEL</u>**

Plaintiff Marva R. Bell filed this action *pro se*, ostensibly alleging legal malpractice. (*See generally* Doc. 1 and 10 attachments thereto.) In conjunction with her federal court Complaint (*id.*), Plaintiff filed a motion to proceed without prepayment of fees (*IFP* motion, Doc. 3), with a supporting financial affidavit (Doc. 3-1). The undersigned Magistrate Judge previously granted *IFP* status to Plaintiff. (Doc. 6.)

After a review of Plaintiffs' Complaint, the undersigned identified certain concerns and thus recommended to the District Court that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief may be granted and lack of subject matter jurisdiction. (Doc. 7.) The District Court ultimately adopted that Report & Recommendation of Dismissal on February 19, 2026. (Doc. 13, at 1.) Judgment was entered that same day. (Doc. 14.)

On March 19, 2026, Plaintiff filed her Notice of Appeal on the District Court's adoption of the Report & Recommendation of Dismissal. (Doc. 15.) Subsequent to the Notice of Appeal but also on March 19, 2026, Plaintiff filed a motion requesting the appointment of counsel. (Doc. 16.) In making this filing, Plaintiff used the District of Kansas form Motion for Appointment of

Counsel; there is no reference to a request for appellate counsel. (*Id.*) The next day, March 20, 2026, Plaintiff filed a new motion to proceed *IFP* (Doc. 17, sealed). In making this filing, Plaintiff used the District of Kansas form Motion to Proceed without Prepayment of Fees; there is no reference to a request to proceed *IFP* for purposes of appeal. (*Id.*)

Later that same day, the preliminary record on appeal and an amended preliminary record on appeal were transmitted to the Tenth Circuit Court of Appeals (Docs. 18 and 19). The Appeal was docketed by the Tenth Circuit that same day. (Doc. 20.) A notation on the District of Kansas docket for this case dated March 20, 2026, indicates that no appellate filing fee was paid by Plaintiff.

The Court again notes that the two pending motions were made on District of Kansas forms and do not specifically reference Plaintiff's appeal. That stated, the undersigned Magistrate Judge finds that they should be construed as relating to the appeal, rather than the underlying District of Kansas case as a judgment has been filed in the present case.

As to the request for appellate counsel, the Court finds that such relief must be made to the Tenth Circuit. As such, Plaintiff's request for counsel (Doc. 16) is hereby **DENIED**.

As to Plaintiff's request to proceed *IFP* (Doc. 17), the Court again notes that Plaintiff was previously granted *IFP* status by the undersigned Magistrate Judge. (Doc. 6.) As such, Plaintiff is referred to Fed. R. App. P. 24(a)(3), which states that:

> [a] party who was permitted to proceed *in forma pauperis* in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> (A) the district court – before or after the notice of appeal is filed – certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>
> (B) a statute provides otherwise.

*Id.*

In this instance, the docket is absent of any certification by the District Court that Plaintiff's appeal was not made in good faith. Plaintiff therefore is still litigating this case *in forma pauperis* and her *IFP* status continues with, and applies to, the appellate process. Thus, Plaintiff's motion (Doc. 17) was unnecessary and is found to be **MOOT**.

IT IS THEREFORE ORDERED that Plaintiff's motion for appointment of counsel (Doc. 16) is **DENIED**.

IT IS FURTHER ORDERED that Plaintiff's motion to proceed *IFP* (Doc. 17) is **MOOT**.

**IT IS SO ORDERED**.

Dated at Wichita, Kansas, on this 26th day of March, 2026.

/s/ BROOKS G. SEVERSON
Brooks G. Severson
United States Magistrate Judge